| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 08-142-JJB-DLD |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER (Rec.) |
| | | 2:17cm3206-T |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Mark Holper<br>1810 Service Road East<br>Millbrook, Alabama 36054 | Louisiana Middle | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable James J. Brady | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/12/2016 — TO 12/12/2019 |

**OFFENSE**

Possession of a Firearm by a Convicted Felon
18 U.S.C. § 922(g)(1)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Louisiana___

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Alabama upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_/s/ James J. Brady_
United States District Judge

10-11-2017
Date

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE ___Middle___ DISTRICT OF ___Alabama___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____        _____
Effective Date                          United States District Judge